

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. J. S. Ellingson
General Manager, Texas Prison System
Huntsville, Texas

Dear Mr. Ellingson:

Opinion No. 0-2966
Re: Matter of release and settlement
of claim by the Texas Prison
System of certain insurance
liability.

Replying to your letter of inquiry of Dec. 9, 1940, with respect to the above captioned subject-matter, we beg to say:

From your letter and from other information accompanying the same it appears this Department authorized Braswell & Ellingson to collect the $50.00 owing to the prison system free of charge, and the system is now offered the full sum of $50.00 with a request for the execution of a release in full settlement of the claim.

We are of the opinion the release may properly be executed in the manner, form and by the parties as indicated in the form submitted in your inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By S/ Cecil Rotsch
Assistant

CR:LM

Approved Jan. 8, 1941
S/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED- OPINION COMMITTEE

By BWB - Chairman

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT